IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE LABORERS' DISTRICT COUNCIL CONSTRUCTION INDUSTRY PENSION FUND, et al. | : : : : | CIVIL ACTION |
| v. | : : | |
| ELOHIM CLEANING CONTRACTORS, INC. | : : | NO. 18-4248 |

### THIRD SCHEDULING ORDER

AND NOW, this 25th day of October, 2019, following a telephone conference with counsel, it is hereby ORDERED that:

(1) The Second Scheduling Order dated August 13, 2019 (Doc. # 11) is VACATED.

(2) All parties shall prepare and file with the Clerk of Court their <u>Pretrial Memoranda</u> in accordance with this Order and Local Rule of Civil Procedure 16.1(c) and <u>any motions in limine</u> as follows:

    (a) Plaintiffs - on or before December 16, 2019; and

    (b) Defendant - on or before December 23, 2019.

(3) The Court will hold a final settlement conference to be scheduled in December 2019.

(4) The case will be placed in the trial pool on January 2, 2020.

(5)  The Pretrial Memorandum shall identify the significant legal issues involved in the case, together with appropriate citations and other legal authority.

(6)  If any party desires an "offer of proof" as to any witness or exhibit expected to be offered, that party shall inquire of counsel prior to trial for such information.  If the inquiring party is dissatisfied with any offer provided, such party shall file a motion seeking relief from the Court prior to trial.

(7)  At least five (5) working days before the case is placed in the trial pool, each party shall submit to the Court, and serve on each other, proposed findings of fact and conclusions of law.  The statement will list each proposed finding and conclusion in a separate numbered paragraph. Counsel should be concise and propose only those findings and conclusions that are essential to the claim or defense at issue. Conclusions of law should be accompanied by appropriate citations of legal authority.

(8)  If a party uses any version of the Microsoft Word word processing system, it is urged to provide the court with a disk containing the proposed findings of fact and conclusions of law.

(9)  Before commencement of trial, counsel will pre-mark and exchange all exhibits.  The court should be supplied with <u>two</u> (2) separate sets of exhibits, and a schedule of exhibits which shall briefly describe each exhibit.

BY THE COURT:

_____/s/Harvey Bartle III_____
                                                        J.